UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| VIKTORIIA KARMANOVA<br>A249-138-137 | DOCKET NO. 6:25-cv-00803 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| SOUTH LOUISIANA ICE PROCESSING CENTER | MAGISTRATE JUDGE AYO |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter be **DENIED** and **DISMISSED WITHOUT PREJUDICE;** and

**IT IS FURTHER ORDERED** that given the dismissal of the case, all pending motions are **DENIED.**

**THUS DONE AND SIGNED** in chambers this 26th day of August, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE